United States District Court
Northern District of California

UNITED STATES OF AMERICA,

Plaintiff,

v.

ISMAEL ENRIQUE HODSON,

Defendant.

Case No.: CR 00-40045-CW (KAW)
CR 13-00732-CW (KAW)

DETENTION ORDER; ORDER OF DETENTION PENDING RESOLUTION OF SUPERVISED RELEASE VIOLATION

## I. DETENTION ORDER

Defendant Ismael Enrique Hodson is charged by indictment with one violation of 21 U.S.C. §§ 846 (conspiracy to distribute and to possess with the intent to distribute 50 grams or more of methamphetamine) and two violations of 21 U.S.C. § 841(a)(1) (possession with intent to distribute methamphetamine). Defendant is also charged with a supervised release violation stemming from violations in 2005 and his new indictment. At the November 21, 2013 status and attorney appointment hearing, Defendant, who was in custody and represented by attorney Brian H. Getz, waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f), and also waived findings, while retaining his right to seek release at a later hearing should his circumstances change. Assistant United States Attorney Alexandra Summer appeared on behalf of the United States.

## II. CONCLUSION

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

1

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: November 25, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge